United States Courts
Southern District of Texas
FILED

*February 16, 2022*

Nathan Ochsner, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.  4: 22-CR- 107** |
| | § | |
| **ROLAND CABALLERO** | § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to the indictment the term "machine gun" as defined in Title 26 U.S.C. § 5845(b) means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

### COUNT I
### (Carjacking)

On or about January 27, 2022, in the Houston Division of the Southern District of Texas,

**ROLAND CABALLERO,**

defendant took a white Mercedes, a motor vehicle, that had been transported, shipped and received in interstate commerce from and in the presence of S. K. by force, violence and intimidation with intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, § 2119.

## COUNT II
Discharging of a Machinegun During and in Relation to a Crime of Violence

On or about January 27, 2022, in the Houston Division of the Southern District of Texas,

**ROLAND CABALLERO,**

defendant herein, did knowingly discharge, a machinegun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Carjacking, as alleged in Count One.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(iii) and (B).

## COUNT III
(Possession of a Machinegun)

On or about January 27, 2022, in the Houston Division of the Southern District of Texas,

ROLAND CABALLERO,

the defendant herein, did knowingly possess and transfer a machinegun, to wit: a Glock 17 with a conversion device, which is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in 26 U.S.C., Section 5845(b).

In violation of Title 18 United States Code, Section 922(o)(1) and 924(a)(2).

## COUNT IV
**(Felon in Possession of a Firearm)**

On or about January 27, 2022, within the jurisdiction of the Houston Division of the Southern District of Texas, defendant,

**ROLAND CABALLERO,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a 12-gauge shotgun, in and affecting interstate commerce, in violation of Title 18, United States Code § 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, §§ 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice to defendant,

**ROLANDO CABALLERO,**

that upon conviction of Discharging and Brandishing of a Firearm During a Crime of Violence, as charged in Counts Two and Four, all firearms and ammunition involved in or used in a violation of Title 18, United States Code, §§ 924(c)(1)(A)(iii) & (B) are subject to forfeiture.

A TRUE BILL:

**Original Signature on FIle**

FOREMAN OF THE GRAND JURY

Jennifer Lowery
United States Attorney

BY: Jim McAlister
Assistant United States Attorney