**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:22CR107 |
| | § | |
| ROLAND CABALLERO | § | |

## JOINT STATUS REPORT

On August 7, 2024, the Court ordered the parties to submit a Status Report every 60 days regarding the progress of this case.

Since the last update, Dr. Fabian has completed his evaluation, and Counsel has received the evaluation. Counsel has reviewed the latest evaluation with Defendant and discussed possible resolutions to this matter. It is, however, Defendant's request that a scheduling order and trial date be entered by the Court. Defense Counsel and Government Counsel respectfully request at least a 90-day order.

Counsel will continue to discuss possible resolutions with the Government and with Defendant and will inform the Court if any resolution is reached.

Respectfully submitted,

*/s/ Raymundo J. Vazquez*
**Raymundo J. Vazquez**
State Bar of Texas: 24094996
Federal Bar: 2600981
1620 S. Friendswood Dr.
Suite 288A
Friendswood, TX 77546

(832) 343-8023

*Attorney for Defendant*

Agreed as to Substance:

*/s/ B. Hunter Brown*
**B. Hunter Brown**
Department of Justice
U.S. Attorney's Office - SDTX
1000 Louisiana St.
Suite 2300
Houston, TX 77002
713-567-9714
Email: Benjamin.Brown@usdoj.gov

CERTIFICATE OF SERVICE AND CONFERENCE

I, Raymundo J. Vazquez, certify that this status report was provided to Counsel for the Government on May 20, 2026. The Government joins this update.

*/s/ Raymundo J. Vazquez*
Raymundo J. Vazquez