United States District Court
Southern District of Texas

**ENTERED**

July 13, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H–22-107 |
| | § | |
| ROLAND CABALLERO | § | |

## O R D E R

Pending before the Court is a joint motion (docket no. 57) filed by the Government and Defendant for continuance of the trial setting. In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

The Defendant recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Government and Defendant's joint motion for continuance is **GRANTED**. A period of excludable delay shall commence from July 13, 2026, pursuant to 18 U.S.C. § 3161, and end upon the start of trial.

Motions shall be filed  by: _____ September 11, 2026 _____.

Responses shall be filed by: _____ October 1, 2026 _____.

Proposed Voir Dire, Jury Charge, Exhibit Lists, and Witness Lists shall be filed by:

_____ November 23, 2026 _____.

A Pretrial Conference is set for _____ November 25, 2026 _____ at 11:30 AM.

Jury Trial will be held on _____ November 30, 2026 _____ at 1:00 PM.

**SIGNED** at Houston, Texas, on this the 13th day of July, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

-2-